**Order filed August 8, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00481-CR
_____

**MARK ANTHONY GASAWAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 56th District Court
Galveston County, Texas
Trial Court Cause No. 16-CR-1519**

## ORDER

This court has determined that it must inspect Defendant's Exhibit A, a jury instruction requested by the defendant.

The clerk of the 56th District Court is directed to deliver to the clerk of this court a copy of Defendant's Exhibit A, a jury instruction requested by the defendant,

on or before **August 17, 2018.** The record reflects that Defendant's Exhibit A was "Admitted for purposes of the record only." (See reporter's record Volume 5 page 119 lines 9-17). If the omitted item is not part of the record below, the clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the record.


PER CURIAM